IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHERYL A. BEVERLY,

      Appellant,

v.                            Case No.  5D21-2942
                                   LT Case No. 2021-CA-003602-O

PROPERTY JUNCTION 101, LLC,

      Appellee.

_____/

Decision filed August 9, 2022

Appeal from the Circuit Court
for Orange County,
Denise Beamer, Judge.

Neal G. Bourda, Orlando, for Appellant.

Eric P. LaRue II, of The LaRue Firm,
PLLC, Winter Park, for Appellee.

PER CURIAM.

      AFFIRMED.

COHEN, TRAVER and NARDELLA, JJ., concur.